# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| ERIC DeBARTOLO,<br><br>             Plaintiff,<br><br>vs.<br><br>AMERICAN GENERAL ASSURANCE COMPANY, an Illinois Corporation, and DOES 1 through 25, inclusive,<br><br>             Defendants. | Case No.: CV12-01419-LJO-SAB<br><br>**ORDER ON JOINT STIPULATION TO DISMISS THE CASE WITH PREJUDICE; FRCP 41(a) (1)**<br><br>Action Filed: August 30, 2012 |

Having reviewed the joint stipulation of parties to dismiss this case with prejudice now that all settlement terms have been completed, and good cause appearing, therefore, **IT IS HEREBY ORDERED THAT:**

The above captioned matter, including all counterclaims and cross-actions, is hereby dismissed with prejudice.  Each side is to bear its own costs and fees.

IT IS SO ORDERED.

   Dated:   **January 8, 2013**                         /s/ Lawrence J. O'Neill
                                                                              UNITED STATES DISTRICT JUDGE

[Proposed] Order on Joint Stipulation to Dismiss the case with Prejudice; FRCP 41(a) (1)
Case number: CV12-01419-LJO-SAB
976612.1